IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10962
Summary Calendar
_____

JACK ANDREWS,
Social Security #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,

                                        Plaintiff-Appellant,

versus

SHIRLEY S. CHATER,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:94-CV-629-X
- - - - - - - - - -
July 11, 1996

Before SMITH, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jack Andrews appeals the district court's decision in favor
of the Commissioner which denied Social Security disability
benefits and supplemental security income to Andrews.  Andrews
contends that the Administrative Law Judge erred in finding that
he did not meet the listing for Meniere's disease and in
assessing his complaints of vertigo.  Andrews also contends that
the Administrative Law Judge erred by failing to assess the

_____

        Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

credibility of Andrew's nonexertional impairments.  Andrews asserts that the Administrative Law Judge erred by discounting the opinion of his treating physician.

We have reviewed the record and the briefs of the parties and find no error in the decision of the district court. Accordingly, we affirm for essentially the same reasons advanced by the district court.  Andrews v. Chater, No. 3:94-CV-629-X (N.D. Tex. Sept. 29, 1995).

Andrews also moved this court to order a remand to the Commissioner for consideration of additional medical evidence. The motion is DENIED.

AFFIRMED.